158 A.3d 566

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALEXIS RAMOS (A/K/A ALAXIS RAMOS, ALEXIS APARICIO RAMOS, ALEXIS RAMOSAPARICIO), DEFENDANT–APPELLANT.

January 4, 2017

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.

CHIEF JUSTICE RABNER and JUSTICES PATTERSON, FERNANDEZ–VINA, SOLOMON and TIMPONE join in this disposition. JUSTICES LaVECCHIA and ALBIN dissent.

158 A.3d 566

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MICHAEL LASANE, DEFENDANT–PETITIONER.

January 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000592–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.